IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DANIEL ALANIZ                                                          PLAINTIFF

v.                                Civil No. 4:18-cv-04105

COMMISSIONER, SOCIAL                                       DEFENDANT
SECURITY ADMINISTRATION

## **MEMORANDUM OPINION**

On May 20, 2019, Daniel Alaniz ("Plaintiff") filed this Motion For Nonsuit. ECF No. 24. According to Plaintiff, he longer wishes to pursue his appeal, and requests dismissal. *Id.* Defendant has not objected to this request.

The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 10. Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

Absent any pending counterclaims, a court is authorized to dismiss a case at the Plaintiff's request on the terms that the court considers proper. FED. R. CIV. P. 41(a)(2). Defendant has asserted no counterclaims and has not objected to this motion.

After taking into consideration said Motion, the Court finds the Plaintiff's Motion For Nonsuit (ECF No. 24) should be **GRANTED** and Plaintiff's case be dismissed without prejudice.

**ENTERED this 10th day of June, 2019.**

                                                       /s/ *Barry A. Bryant*
                                                       HON. BARRY A. BRYANT
                                                       U.S. MAGISTRATE JUDGE